# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

Eleven Yahoo! (Oath Holdings, Inc.) accounts, more fully described in Attachment A

)
)
)
)
)
)

Case No. **18-MJ-1282**

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment A

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE __7/20/18__ _(not to exceed 14 days)_
☒ in the daytime between 6:00 a.m. and 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Honorable William E. Duffin_____.
_(United States Magistrate Judge)_

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized _(check the appropriate box)_
  ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __7/12/18 @ 11:00 a.m.__   __/s/ William E. Duffin__
_Judge's signature_

City and State: Milwaukee, Wisconsin   Honorable William E. Duffin, U.S. Magistrate Judge
_Printed Name and Title_

AO 93 (mod. 5/14) Search and Seizure Warrant

| Return | | |
|---|---|---|
| Case No: 18-MJ-1282 | Date and time warrant executed: 7/17/18 11:11am | Copy of warrant and inventory left with: Sent via email and UPS |
| Inventory made in the presence of: SA TODD PORINSKY | | |

Inventory of the property taken and/or name of any person(s) seized:

Awaiting research from Yahoo on email accounts in attachment A

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 2/4/19

_____
*Executing officer's signature*

SA TODD F. PORINSKY  USSS
*Printed name and title*

Subscribed, sworn to, and returned before me this date:

Date: 2/4/19 - by phone

_____
William E. Duffin
*United States Magistrate Judge*

## ATTACHMENT A
Items

Yahoo! (Oath Holdings, Inc.)

a. ale_moro2005@yahoo.com
b. ale_moro2005@yahoo.es
c. frankabel28@yahoo.com
d. garciadirian@yahoo.com
e. gomezsayo@yahoo.com
f. gomezsayonara@yahoo.com
g. josuegarcia1990@yahoo.com
h. maktub631@yahoo.com
i. richardela@yahoo.com
j. rivera.sergio32@yahoo.com
k. yetsycubana@yahoo.es

### Items to be Seized

This warrant authorizes the examination of the identified Target Email accounts associated with Yahoo! (Oath Holdings, Inc.) for the following records and data to the extent related to violations of 18 U.S.C. §§ 1029(a)(2)(Access Device Fraud), 1029(a)(3) (Possession of 15 or more counterfeit or unauthorized Access Devices); and 1028A(a)(3) (Aggravated ID Theft), between on or about March 1, 2016, and the present, and conspiracy to commit said offenses in violation of 18 U.S.C. § 371;

1. Account Information -User name, primary email address, secondary email addresses, connected applications and sites, and account activity from March 1, 2016 to the present, including account sign in locations, browser information, platform information, and internet
protocol (IP) addresses;

2. Evidence of user attribution -accounts, e-mail accounts, passwords, PIN codes, account names, user names, screen names, remote data storage accounts, credit card number or other payment methods, contact lists, calendar entries, text messages, voice mail messages, pictures, videos, telephone numbers, mobile devices, physical addresses, historical GPS locations, two-step verification information, or any other data that may demonstrate attribution to a particular user or users of the account(s).

3. Calendar -All calendars, including shared calendars and the identities of those with whom they are shared, from March 1, 2016 to the present, calendar entries, notes, alerts, invites, and invitees;

4. Contacts -All contacts stored by Yahoo! including name, all contact phone numbers, emails, social network links, and images;

5. Yahoo! Email -All email messages from March 1, 2016 to the present, including by way of example and not limitation, such as inbox messages whether read or unread, sent mail, saved drafts, chat histories, and emails in the trash folder. Such messages will include all information such as the date, time, internet protocol (IP) address routing information, sender, receiver, subject line, any other parties sent the same electronic mail through the 'cc' (carbon copy) or the 'bcc' (blind carbon copy), the message content or body, and all attached files;

6. Photos - All images, graphic files, video files, and other media files stored by Yahoo! associated with the listed account;

7. Search History -All search history and queries from March 1, 2016 to the present, including by way of example and not limitation, such as World Wide Web (web) images, news, shopping, ads, videos, maps, travel, and finance;

Due to the sensitivity of this on-going criminal investigation, the notification to the listed subscriber by Yahoo! (Oath Holdings Inc.) that these records have been released to a law enforcement agency could compromise this investigation as well as the safety of law enforcement officers participating in the investigation. Based on these facts, it is further ordered that the customer/subscriber is not to be notified of the release of this information, as it could jeopardize an on-going criminal investigation.

Furthermore, pursuant to 18 U.S.C 3124(d), no cause of action shall lie in any court against any provider of a wire or electronic communication service, its officers, employees, agents, or other specified persons for providing information, facilities, or assistance in accordance with this court order.